UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA G. CARO, | CASE NO. 2:26-cv-952-JNW |
| Petitioner, | ORDER GRANTING IFP APPLICATION |
| v. | |
| NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER, | |
| Respondent. | |

Petitioner Laura G. Caro has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 4-2, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 4. Caro's IFP application indicates that she has no savings or income, and her prison trust account holds just $10.76 as of March 30, 2026. Dkt. No. 5. On this record, the Court finds that Caro would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING IFP APPLICATION - 1

Dated this 9th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2